■ C. PAVLOU, INC., Plaintiff, v GAETANO GARGANO et al., Defendants. (Action No. 1.) CARDON BRICK CORP., Appellant, v FRANK CUSIMANO et al., Respondents, et al., Defendant. (Action No. 2.) GAETANO GARGANO et al., Third-Party Plaintiffs-Respondents, v CARMINE SIRICO et al., Third-Party Defendants-Appellants. (Action No. 3.) [644 NYS2d 994]

The Supreme Court did not improvidently exercise its discretion in relieving the default of the third-party plaintiffs in responding to the third-party defendants' notice to admit (see, CPLR 3123, 2005; Gutenplan v Dauman, 154 AD2d 337). O'Brien, J. P., Sullivan, Florio and McGinity, JJ., concur.